# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                    NO. 4:07CR00044-001  SWW

ENDEJA HASSAN ROBINSON

### ORDER AMENDING JUDGMENT

IT IS ORDERED that the Judgment and Commitment as to Endeja Hassan Robinson be amended to reflect the correct USM Number to be **42795-037** and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 3rd day of December 2008.

/s/Susan Webber Wright
United States District Judge